[No. 13430–2–I.   Division One.   July 30, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN CRANE SPELLMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–03427–1, Frank H. Roberts, Jr., J., entered June 13, 1983. *Affirmed* by unpublished opinion

per Scholfield, J., concurred in by Corbett, A.C.J., and Williams, J.